```
STEPHANIE S. CHRISTENSEN                                   JS-6
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
      Social Security Administration
      160 Spear Street, Suite 800
      San Francisco, CA 94105
      Telephone: (510) 970-4861
      Facsimile: (415) 744-0134
      Email: Jennifer.Tarn@ssa.gov
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DALE BILLODEAUX, | ) Case No. 2:22-cv-00908-MAR |
| Plaintiff, | ) |
|  | ) **[PROPOSED]** **JUDGMENT** |
| v. | ) |
|  | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: 9/13/22

HONORABLE JUDGE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE